### In the Matter of Francis Peter EAGEN, III.

**No. 837 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

July 29, 2003.

*ORDER*

PER CURIAM:

AND NOW, this 29th day of July, 2003, a Rule having been entered by this Court on May 19, 2003, pursuant to Rule 214(d)(1), Pa.R.D.E., directing Francis Peter Eagen, III, to show cause why he should not be placed on temporary suspension, upon consideration of the responses filed, it is hereby

ORDERED that the Rule is made absolute; Francis Peter Eagen, III, is placed on temporary suspension pursuant to Rule 214(d)(2), Pa.R.D.E.; he shall comply with all the provisions of Rule 217, Pa.R.D.E.; and the matter is referred to the Disciplinary Board pursuant to Rule 214(f)(1), Pa. R.D.E.

■

### OFFICE OF DISCIPLINARY COUNSEL, Petitioner

v.

### Kevin Mark SABO, Respondent.

**No. 641 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

July 29, 2003.

*ORDER*

PER CURIAM:

AND NOW, this 29th day of July, 2003, there having been filed with this Court by Kevin Mark Sabo his verified Statement of Resignation dated May 9, 2003, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Kevin Mark Sabo be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania retroactive to February 26, 2001; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.